UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ACUITY INSURANCE COMPANY,       )<br>            Plaintiff,        )<br>                          )<br>-v-                        )<br>                          )<br>PRO SERVICES, INC.,              )<br>D9 SYSTEMS, INC., and            )<br>AVB TRIANGLE, LLC and/or         )<br>AVB TRIANGLE PARTNERSHIP,        )<br>            Defendants.       )<br>_____) | No. 1:12-cv-00268<br><br>HONORABLE PAUL L. MALONEY |

# **JUDGMENT**

Having dismissed Plaintiff's Amended Complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   April 12, 2012                                             /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           Chief United States District Judge